IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-24489-CMB |
| | : | Chapter 13 |
| JAMES M. ONDEK,         Debtor. | : | |
| | : | |
| | : | Related to Document No. 76 |
| | : | |

### CERTIFICATE OF SERVICE OF ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date)   **April 22, 2021**   .

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:   **by USPS First Class, Regular Mail**   .

**E.C. Masonry, Inc.**
**117 Herman Road**
**Butler, PA 16002**


Executed On:  4/22/21            By:    /s/ Edward Leymarie, Jr.
                                        Edward Leymarie, Jr., Esquire
                                        Leymarie Clark Long, P.C.
                                        423 Sixth Street
                                        Ellwood City, PA 16117
                                        (724) 752-1583
                                        PA Supreme Court ID 27587


**PAWB Local Form 7 (07/13)**