IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 17-24489-CMB |
| James M. Ondek | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Related to Claim No. 5 |

ORDER OF COURT

On September 8, 2021, NewRez LLC d/b/a Shellpoint Mortgage Servicing, filed a Notice of Mortgage Payment Change regarding Claim No. 5. On or before September 29, 2021, in compliance with W.PA.LBR 3002-4(b), the Debtor(s) were required to file an Amended Chapter 13 Plan, a Declaration certifying that the existing Chapter 13 Plan is sufficient to pay the new payment amount, or an Objection to the Notice. To date, the Debtor(s) have failed to comply with W.PA.LBR 3002-4(b).

AND NOW, this 22nd day of October, 2021, it is hereby ORDERED, ADJUDGED and DECREED that a Rule to Show Cause Hearing is scheduled to be held via the Zoom Video Conference Application ("Zoom") on **November 10, 2021, at 11:00 a.m.,** before The Honorable Carlota M. Böhm to explain the failure to comply with W.PA.LBR 3002-4(b). To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. Only a limited time of ten (10) minutes is being provided on the calendar.

ALL HEARING PARTICIPANTS ARE REQUIRED TO APPEAR BY ZOOM AND SHALL REVIEW AND COMPLY WITH THE UNDERSIGNED'S ZOOM PROCEDURES, which can be found at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.  For questions regarding the connection, contact Judge Böhm's Chambers.

*Carlota M. Böhm*   glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
10/22/21 2:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cm:   Edward Leymarie, Jr.

Linda St. Pierre
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA  30076

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-24489-CMB
James M. Ondek  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: gamr  Page 1 of 2
Date Rcvd: Oct 22, 2021  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2021:**

**Recip ID**    **Recipient Name and Address**
+    Linda St. Pierre, McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076-2102

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2021  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2021 at the address(es) listed below:**

**Name**    **Email Address**

Brett A. Solomon
    on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Dealer Services brett@solomon-legal.com

Christopher M. McMonagle
    on behalf of Creditor New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing cmcmonagle@sterneisenberg.com bkecf@sterneisenberg.com

Edward Leymarie, Jr.
    on behalf of Debtor James M. Ondek ed@lclpc.com theresa@lclpc.com

James R. Wood
    on behalf of Creditor Wayne Township Municipal Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com

Maria Miksich
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING mmiksich@kmllawgroup.com

Office of the United States Trustee

District/off: 0315-2 User: gamr Page 2 of 2
Date Rcvd: Oct 22, 2021 Form ID: pdf900 Total Noticed: 1

Ronda J. Winnecour    ustpregion03.pi.ecf@usdoj.gov

cmecf@chapter13trusteewdpa.com

TOTAL: 7