IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.  17-24489-CMB |
| | : | |
| James M. Ondek, | : | Chapter 13 |
|      Debtor(s). | : | |
| | : | Related to Claim No. 5 |
| James M. Ondek, | : | |
|      Movant(s), | : | |
|    v. | : | |
| NewRez, LLC, d/b/a Shellpoint Mortgage Servicing | : | |
| and RONDA J. WINNECOUR, Trustee, | : | |
|      Respondent(s). | : | |

## OMNIBUS DECLARATION OF PLAN
## SUFFICIENCY FOR MORTGAGE PAYMENT CHANGES

1.     The mortgage loan held by the creditor named below is subject to payment fluctuations occurring more than twice per year.  The debtor's Chapter 13 Plan accommodates those payment fluctuations by providing for the payment of a set monthly amount to the creditor, designed to be at least, but not more than $50.00 above, the average range of payment fluctuation over the proceeding twelve (12) month period.

2.     The debtor hereby invokes excusal from the requirement to file amended plans and/or declarations as to the payment changes occurring during the plan term, as permitted by W.PA.LBR 3002-4(d).

3.     The amount of the set monthly payment, and if applicable, the effective beginning date for that payment amount, is stated in the Chapter 13 Plan.

4.     The amount of the set monthly payment has been calculated in the manner required by W.PA.LBR 3002-4(d)(1), and the calculation will be reviewed annually by the debtor pursuant to W.PA.LBR 3002-4(d)(2).

5.     Contemporaneously with the filing of this declaration, the Chapter 13 Trustee and the affected creditor has been served with a copy of this declaration.

Name of Creditor:     NewRez LLC d/b/a Shellpoint Mortgage Servicing
Court Claim number:          Claim No. 5

Dated: __10/25/21__

s/ Edward Leymarie, Jr., #27587
LEYMARIE CLARK LONG, P.C.
423 Sixth Street, Ellwood City, PA  16117
(724) 752-1583
*Attorney for the Debtor*

PAWB Local Form 15 (06/17)