IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.  17-24489-CMB |
| | : | |
| James M. Ondek, | : | Chapter 13 |
| Debtor(s). | : | |
| _____ | : | |
| James M. Ondek, | : | |
|    Movant(s), | : | |
| | : | |
|   v. | : | |
| | : | |
| NewRez, LLC, d/b/a Shellpoint Mortgage Servicing | : | |
| and RONDA J. WINNECOUR, Trustee, | : | |
|    Respondent(s). | : | |
| _____ | : | |

## **CERTIFICATE OF SERVICE**

   I, certify under penalty of perjury that I served the October 25, 2021 Omnibus Declaration of Plan Sufficiency for Mortgage Payment Changes on the 25th day of October, 2021 upon the following and in the format as hereinafter indicated:

   By electronic submission via the Court's CM/ECF service portal:

Christopher M. McMonagle, Esquire
cmcmonagle@sterneisenberg.com; bkecf@sterneisendberg.com
(Counsel for creditor, New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing)

Ronda J. Winnecour, Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
Ustpregion03.pi.ecf@usdoj.gov

James R. Wood, Esquire
jwood@portnoffonline.com; jwood@ecf.inforuptcy.com
(Counsel for creditor, Wayne Township Municipal Authority)

Brett A. Solomon, Esquire
Brett.solomon@solomon-legal.com
(Creditor for Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services
 By USPS first class, regular mail:

Maria Miksich, Esquire
mmiksich@kmllawgroup.com
NewRez, LLC d/b/a Shellpoint Mortgage Servicing

**VIA Mail:**

Linda St. Pierre, Esquire
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA  30076

New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing
c/o Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC  29603

PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA  23541

By:  _s/ Edward Leymarie. Jr._____
       Edward Leymarie, Jr., Esquire
       P.A. Supreme Court ID 27587
       Leymarie Clark Long, P.C.
       423 Sixth Street
       Ellwood City, PA  16117
       P: (724) 752-1583
       F: (724) 752-9038
       Email : ed@lclpc.com