IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-24489-CMB |
| | : | |
| James M. Ondek, | : | Chapter 13 |
|     Debtor(s). | : | |
| | : | Related to Claim No. 5 |
| James M. Ondek, | : | |
|     Movant(s), | : | |
| v. | : | |
| NewRez, LLC, d/b/a Shellpoint Mortgage Servicing and RONDA J. WINNECOUR, Trustee, | : | |
|     Respondent(s). | : | |

## PRAECIPE TO WITHDRAW OMNIBUS DECLARATION OF PLAN SUFFICIENCY FOR MORTGAGE PAYMENT CHANGES

1. Debtor filed his Omnibus Declaration of Plan Sufficiency for Mortgage Payment Changes on November 5, 2021.

2. It has been determined that the current plan payment is not sufficient to accommodate the mortgage payment fluctuations.

3. Therefore, the debtor hereby withdraws his Omnibus Declaration of Plan Sufficiency for Mortgage Payment Changes at Docket No. 87.

    Name of Creditor:    NewRez LLC d/b/a Shellpoint Mortgage Servicing
    Court Claim number:    Claim No. 5

Dated:   11/22/21

/s/ Edward Leymarie, Jr., #27587
LEYMARIE CLARK LONG, P.C.
423 Sixth Street, Ellwood City, PA  16117
(724) 752-1583
*Attorney for the Debtor*