IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-24489-CMB |
| | : | |
| James M. Ondek, | : | Chapter 13 |
|     Debtor(s). | : | |
| | : | Related to Claim No. 5 |
| James M. Ondek, | : | |
|     Movant(s), | : | |
| v. | : | |
| NewRez, LLC, d/b/a Shellpoint Mortgage Servicing | : | |
| and RONDA J. WINNECOUR, Trustee, | : | |
|     Respondent(s). | : | |
| | : | |

## DECLARATION REGARDING CHAPTER 13 PLAN DATED JANUARY 25, 2021

The Debtor has reviewed the Movant's Notice of Mortgage Payment Change filed with the Court on November 3, 2021. The Debtor's existing confirmed chapter 13 plan dated January 25, 2021 is sufficient to fund the change in the Debtor's post-petition mortgage payment.

Dated: 11/22/21

/s/ Edward Leymarie, Jr., #27587
LEYMARIE CLARK LONG, P.C.
423 Sixth Street, Ellwood City, PA 16117
(724) 752-1583
*Attorney for the Debtor*