IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| IN RE: : | Bankruptcy No. 17-24489-CMB |
| James M. Ondek, : <br> Debtor(s). : | Chapter 13 |
| : | Related to Claim No. 5 |
| James M. Ondek, : <br>     Movant(s), : | |
| v. : | |
| NewRez, LLC, d/b/a Shellpoint Mortgage Servicing : <br> and RONDA J. WINNECOUR, Trustee, : <br>     Respondent(s). : | |

## **CERTIFICATE OF SERVICE**

I, certify under penalty of perjury that I served the *November 22, 2021 Declaration Regarding Chapter 13 Plan Dated January 25, 2021* on the 22nd day of November, 2021 upon the following and in the format as hereinafter indicated:

By electronic submission via the Court's CM/ECF service portal:

Christopher M. McMonagle, Esquire
cmcmonagle@sterneisenberg.com; bkecf@sterneisendberg.com
(Counsel for creditor, New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing)

Ronda J. Winnecour, Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
Ustpregion03.pi.ecf@usdoj.gov

James R. Wood, Esquire
jwood@portnoffonline.com; jwood@ecf.inforuptcy.com
(Counsel for creditor, Wayne Township Municipal Authority)

Brett A. Solomon, Esquire
Brett.solomon@solomon-legal.com
(Creditor for Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services
 By USPS first class, regular mail:

Maria Miksich, Esquire
mmiksich@kmllawgroup.com
NewRez, LLC d/b/a Shellpoint Mortgage Servicing

**VIA Mail:**

Linda St. Pierre, Esquire
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA  30076

New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing
c/o Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC  29603

PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA  23541

By:  /s/ Edward Leymarie, Jr.
     Edward Leymarie, Jr., Esquire
     P.A. Supreme Court ID 27587
     Leymarie Clark Long, P.C.
     423 Sixth Street
     Ellwood City, PA  16117
     P: (724) 752-1583
     F: (724) 752-9038
     Email : ed@lclpc.com