IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                                      :        Bankruptcy No.    17-24489 CMB
                                                            :
JAMES M. ONDEK,            Debtor(s)                        :
                                                            :        Chapter 13
                                                            :
                                                            :
                                                            :        Related to Document No.    93
                                                            :
                                                            :
                                                            :

**ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

        The above-named Debtor(s) having filed a Chapter 13 petition and Debtor(s) or Trustee having moved to attach wages to fund the Chapter 13 Plan:
        IT IS, THEREFORE, ORDERED that:
until further order of this Court, the Respondent from which the Debtor receives income:

**DEEP WELL SERVICES**
719 W. NEW CASTLE STREET, ZELIENOPLE, PA 16063

(1)  shall deduct from that income the sum of $529.86, biweekly, beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

        RONDA J. WINNECOUR
        CHAPTER 13 TRUSTEE, W.D.PA.
        P.O. BOX 84051
        CHICAGO, IL 60689-4002

(2)  the Debtor is paid biweekly, and the monthly plan payment is $1,148.00.                              .
(3)  the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefor.
(4)  the Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the debtor's full Social Security number on the Respondent. Debtor shall file a certificate of service regarding service of the order and local form, but the Social Security number shall not be included on the certificate.
(5)  all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues shall be paid to the Debtor in accordance with usual payment procedures.
(6)  NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR ANY OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY CHILD OR DOMESTIC SUPPORT PAYMENTS.
(7)  this order supersedes previous orders made to the Respondent in this case.
(8)  the Respondent shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.
(9)  that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or

other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

DATED this___9th___day of___February, 2022_____,_____.

United States Bankruptcy Judge

FILED
2/9/22 9:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 17-24489-CMB

James M. Ondek                                                                   Chapter 13
　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                    Page 1 of 2
Date Rcvd: Feb 09, 2022                   Form ID: pdf900                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2022:**

**Recip ID            Recipient Name and Address**
db                +  James M. Ondek, 1446 Squaw Run Road, Ellwood City, PA 16117-7156

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2022                        Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2022 at the address(es) listed below:**

**Name                              Email Address**

Brett A. Solomon
                           on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Dealer Services brett@solomon-legal.com

Christopher M. McMonagle
                           on behalf of Creditor New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing cmcmonagle@sterneisenberg.com
                           bkecf@sterneisenberg.com

Edward Leymarie, Jr.
                           on behalf of Debtor James M. Ondek ed@lclpc.com  theresa@lclpc.com

James R. Wood
                           on behalf of Creditor Wayne Township Municipal Authority jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

Maria Miksich
                           on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING mmiksich@kmllawgroup.com

Office of the United States Trustee

District/off: 0315-2                                   User: auto                                                   Page 2 of 2
Date Rcvd: Feb 09, 2022                                Form ID: pdf900                                          Total Noticed: 1

                                       ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                                       cmecf@chapter13trusteewdpa.com


TOTAL: 7