IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-24489-CMB |
| | : | |
| JAMES M. ONDEK,          Debtor(s) | : | |
| | : | Chapter 13 |
| | : | |
| | : | Motion No. ☐ WO-1 |
| | : | Motion No. ☐ WO-2 |
| | : | |
| | : | |

**MOTION FOR TERMINATION OF PREVIOUS WAGE ATTACHMENT ORDER**

The undersigned respectfully represents as follows:

1. A Wage Attachment Order was issued April 21, 2021 at Document No. 76, to EC Masonry, Inc., Debtor's employer at that time.

2. It appears that the Debtor has a new employer and a Wage Attachment Order was issued to Deep Well Services on February 11, 2022 at Document No. 96.

3. The previously issued Wage Attachment Order issued to EC Masonry, Inc. should be terminated.

**WHEREFORE**, the Debtor respectfully requests that this Court enter an Order terminating the Wage Attachment Order to EC Masonry, Inc. dated April 21, 2021.

/s/ Edward Leymarie, Jr., Attorney for Debtor
Signature of Chapter 13 Trustee or Attorney for Debtor(s)

Edward Leymarie, Jr., Attorney for Debtor
Typed Name of Chapter 13 Trustee or Attorney for Debtor(s)

423 Sixth Street, Ellwood City, PA  16117
Address of Chapter 13 Trustee or Attorney for Debtor(s)

(724) 752-1583; Pa. I.D. No. 27587
Phone No. and Pa. I.D. No. of Chapter 13 Trustee or Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-24489 CMB |
| | : | |
| JAMES M. ONDEK,        Debtor(s) | : | |
| | : | Chapter 13 |
| | : | |
| | : | |
| | : | Related to Document No. 76 |
| | : | |
| | : | |
| | : | |

**ORDER TERMINATING WAGE ATTACHMENT ORDER TO EC MASONRY, INC.**

The above-named debtor(s) having filed a Chapter 13 petition and Debtor having moved to attach wages from a new employer and having put forth a motion for termination of the wage attachment order from his previous employer, EC Masonry, Inc.:

IT IS THEREFORE, ORDERED THAT:

The Order to Pay Trustee Pursuant to Wage Attachment, issued on April 21, 2021 at Document No. 76, to EC Masonry, Inc. is hereby TERMINATED.

DATED this_____day of_____,_____.

_____
United States Bankruptcy Judge