IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-24489 CMB |
| JAMES M. ONDEK,      Debtor(s) | : | Chapter 13 |
| | : | Related to Document No. 76 |

### ORDER TERMINATING WAGE ATTACHMENT ORDER TO EC MASONRY, INC.

The above-named debtor(s) having filed a Chapter 13 petition and Debtor having moved to attach wages from a new employer and having put forth a motion for termination of the wage attachment order from his previous employer, EC Masonry, Inc.:

IT IS THEREFORE, ORDERED THAT:

The Order to Pay Trustee Pursuant to Wage Attachment, issued on April 21, 2021 at Document No. 76, to EC Masonry, Inc. is hereby TERMINATED.

DATED this ___10th___ day of ___March, 2022___, _____.

FILED
3/10/22 8:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
United States Bankruptcy Judge
dmk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-24489-CMB |
| James M. Ondek | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 10, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James M. Ondek, 1446 Squaw Run Road, Ellwood City, PA 16117-7156 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Mar 12, 2022 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Dealer Services brett@solomon-legal.com |
| Christopher M. McMonagle | on behalf of Creditor New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing cmcmonagle@sterneisenberg.com bkecf@sterneisenberg.com |
| Edward Leymarie, Jr. | on behalf of Debtor James M. Ondek ed@lclpc.com theresa@lclpc.com |
| James R. Wood | on behalf of Creditor Wayne Township Municipal Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Maria Miksich | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING mmiksich@kmllawgroup.com |
| Office of the United States Trustee | |

District/off: 0315-2     User: auto     Page 2 of 2
Date Rcvd: Mar 10, 2022     Form ID: pdf900     Total Noticed: 1

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 7